NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1213

ATLANTIS ENTERPRISES, INC.,

Plaintiff-Appellee,

v.

E&B GIFTWARE, LLC,

Defendant-Appellant,

and

DOES 1-10, INCLUSIVE,

Defendants.

Appeal from the United States District Court for the Central District of California in case no. 07-CV-3062, Chief Judge Audrey B. Collins.

ON MOTION

ORDER

Upon consideration of E&B Giftware, LLC's motion for an extension of time, until May 24, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.*

FOR THE COURT

APR 26 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2010

JAN HORBALY
CLERK

cc: Sanford M. Passman, Esq.
Gerard F. Dunne, Esq.

s21

---

\* Counsel for Atlantis Enterprises, Inc. must promptly enter an appearance in this case.